IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MONTANEZ, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN KAUFFMAN et al., | : | |
| Respondent | : | No.  19-2970 |

**ORDER**

AND NOW, this 21st day of June, 2023, upon consideration of Petitioner's Motion to Amend or Alter Judgment and Present Newly Discovered Evidence Under Rule 60(b)(2) and (6) (Doc. No. 35), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Motion (Doc. No. 35) is **DENIED** for the reasons set forth in the accompanying Memorandum.

2. A certificate of appealability will not issue because reasonable jurists would not find it debatable whether the Court was correct in its procedural ruling.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE